**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SWINTER GROUP, INC., | Case No. : |
| Plaintiff, | |
| v. | State Cause No. 1711-CC00777 |
| SERVICE OF PROCESS AGENTS, INC., DOUGLAS SCOTT KAISER, and JOHN DOES 1-10, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## NOTICE OF REMOVAL

Defendants Service of Process Agents, Inc., and Douglas Scott Kaiser hereby file this Notice of Removal of the above-captioned putative class action to the United States District Court for the Eastern District of Missouri, Eastern Division, and for its grounds, respectfully state as follows:

1.      On or about October 27, 2017, Defendants were served with a one-count Summons and Petition filed in the Circuit Court of St. Charles County, Missouri, seeking, *inter alia*, to certify a class of plaintiffs under the Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA").

2.      The Supreme Court has unanimously held that federal courts have federal question jurisdiction over TCPA cases like this one under 28 U.S.C. § 1331. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368 (2012).

3.      Removal is proper pursuant to 28 U.S.C. § 1446 in that Defendants have filed this Notice of Removal within thirty days after receipt of the Summons and Petition, and Defendants have filed a copy of the Notice with the clerk of the State Court.

4.      Defendants have attached hereto all pleadings filed in this matter to date in the Circuit Court of St. Charles County, Missouri.

WHEREFORE, defendants Service of Process Agents, Inc., and Douglas Scott Kaiser, pray that an Order be entered herein, causing cause No. 1711-CC00777 of the Circuit Court of St. Charles County, Missouri, to be removed to this Court for further proceedings, and that this Court take jurisdiction herein and make such further orders as may be proper under the circumstances.

Respectfully submitted,

EVANS & DIXON, L.L.C.


By:   /s/ Don V. Kelly
      Don V. Kelly #37121MO
      Brian R. Shank #59955MO
      Metropolitan Square
      211 North Broadway, Suite 2500
      Saint Louis, Missouri 63102
      (314) 621-7755
      (314) 884-4466 (Facsimile)
      dkelly@evans-dixon.com
      bshank@evans-dixon.com

*Attorneys for Defendants Service of Process Agents, Inc., and Douglas Scott Kaiser*

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2017, a copy of the foregoing was mailed and emailed to:

      Mary B. Schultz
      Ronald J. Eisenberg

SCHULTZ & ASSOCIATES LLP
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005
Phone: (636) 537-4645
Fax:     (636) 537-2599
Email:  mschultz@sl-lawyers.com
            reisenberg@sl-lawyers.com


_____ /s/ Don V. Kelly _____