UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SWINTER GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 17-cv-02759 RLW ) ) |
| SERVICE OF PROCESS AGENTS, INC., | ) ) ) ) ) |
| Defendant. | ) |

## JOINT MOTION TO STAY

Plaintiff Swinter Group, Inc., and Defendant Service of Process, Inc., advise the Court that they successfully mediated this case on September 11, 2019, and jointly move for a 30-day stay after which time they anticipate filing a stipulation of dismissal.

WHEREFORE, Plaintiff and Defendants request that this motion be granted.

| | |
|---|---|
| SCHULTZ & ASSOCIATES LLP | EVANS & DIXON, L.L.C. |
| By: /s/ Ronald J. Eisenberg<br>Mary B. Schultz, #38245MO<br>Ronald J. Eisenberg, #48674MO<br>Robert Schultz, #35329MO<br>640 Cepi Drive, Suite A<br>Chesterfield, MO 63005<br>(636) 537-4645<br>Fax: (636) 537-2599<br>reisenberg@sl-lawyers.com<br>mschultz@sl-lawyers.com<br>rschultz@sl-lawyers.com<br><br>*Attorneys for Plaintiff*<br>*Swinter Group, Inc.* | By: /s/ Don V. Kelly<br>Don V. Kelly, #37121MO<br>Brian R. Shank, #59955MO<br>Metropolitan Square<br>211 North Broadway, Suite 2500<br>Saint Louis, MO 63102<br>(314) 621-7755<br>Fax:  (314) 884-4466<br>dkelly@evans-dixon.com<br>bshank@evans-dixon.com<br><br>*Attorneys for Defendant*<br>*Service of Process Agents, Inc.* |