## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SWINTER GROUP, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:17-cv-02759 RLW ) ) |
| SERVICE OF PROCESS AGENTS, INC., | ) ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Swinter Group, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with consent of Defendant Service of Process, Inc., dismisses this action with prejudice, with both parties to bear their own costs and attorneys' fees.


SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
    Mary B. Schultz, #38245MO
    Ronald J. Eisenberg, #48674MO
    Robert Schultz, #35329MO
    640 Cepi Drive, Suite A
    Chesterfield, MO 63005
    (636) 537-4645
    Fax: (636) 537-2599
    reisenberg@sl-lawyers.com
    mschultz@sl-lawyers.com
    rschultz@sl-lawyers.com

*Attorneys for Plaintiff*
*Swinter Group, Inc.*

EVANS & DIXON, L.L.C.

By: /s/ Don V. Kelly
    Don V. Kelly, #37121MO
    Brian R. Shank, #59955MO
    Metropolitan Square
    211 North Broadway, Suite 2500
    Saint Louis, MO 63102
    (314) 621-7755
    Fax:  (314) 884-4466
    dkelly@evans-dixon.com
    bshank@evans-dixon.com

*Attorneys for Defendant*
*Service of Process Agents, Inc.*